**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Robert R. REDMOND, Respondent.**

**No. 920, Disciplinary Docket
No. 2—Supreme Court.
No. 34 DB 93 Disciplinary Board.**

Supreme Court of Pennsylvania.

Jan. 31, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of January, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 12, 1995, it is hereby

ORDERED that ROBERT R. REDMOND, be and he is SUSPENDED from the Bar of this Commonwealth for a period of thirty (30) months, retroactive to May 15, 1993, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Robert Philip TUERK, Respondent.**

**No. 177 Disciplinary Docket No. 3.
Disciplinary Board No. 6 DB 94.**

Supreme Court of Pennsylvania.

Jan. 31, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of January, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 8, 1995, it is hereby

ORDERED that Robert Philip Tuerk be and he is suspended from the Bar of this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

---

11. The Prothonotary of the Supreme Court is directed to transmit the complete record of the case at bar to the Governor of Pennsylvania. 42 Pa.C.S.A. § 9711(i)